UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BISHOP OF PUEBLO, a corporation sole,<br>THE MARIANISTS PROVINCE OF THE UNITED STATES, INC.,<br>RONALD L. HOUSTON,<br>TOM MONROE,<br>DONALD JESIK,<br>JACK KLUN,<br>J.M.,<br>T.A.<br>JOHN DOE,<br>JOHN DOE 2,<br>JOHN DOE 3,<br>JOHN DOE 4,<br>JOHN DOE 5,<br>JOHN DOE 6,<br>JOHN DOE 7,<br>JOHN DOE 8,<br>JOHN DOE 9,<br>JOHN DOE 10,<br>JOHN DOE 11,<br>JOHN DOE 12,<br>JOHN DOE 13,<br>JOHN DOE 14,<br>JOHN DOE 15,<br>JOHN DOE 16,<br>JOHN DOE 17,<br><br>Defendants. | Case No. 1:06-cv-01971-WDM-CBS |

## **ANSWER**

Defendants, RONALD L. HOUSTON, TOM MONROE, DONALD JESIK, JACK KLUN, J.M., T.A., JOHN DOE, JOHN DOE 2, JOHN DOE 3, JOHN 4, JOHN DOE 5, JOHN

DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16 and JOHN DOE 17, (hereinafter "DEFENDANTS"), through their attorneys, Herman and Mermelstein, P.A. answers Plaintiff, THE NORTH RIVER INSURANCE COMPANY's, Complaint as follows:

## NATURE OF ACTION

1. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 1 of the Plaintiff's Complaint.

## IDENTITY OF PARTIES

2. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 2 of the Plaintiff's Complaint.

3. Admit.

4. Admit, except to the extent that Paragraph 4 implies that the Diocese of Pueblo did not *also* staff and administer Roncalli High School.

5. Admit, except that John Doe No. 10 resides in California.

## JURISDICTION AND VENUE

6. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 6 of the Plaintiff's Complaint.

7. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 7 of the Plaintiff's Complaint.

## UNDERLYING ACTIONS

8. Defendants admit the allegations in Paragraphs 8 through 30 to the extent that the allegations accurately recite and accurately characterize the allegations in the underlying

lawsuits, but deny the remainder of the allegations, including to the extent that allegations inaccurately recite the allegations of the underlying lawsuits.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Admit as to Diocese of Pueblo. Without knowledge as to Marianists.

37. Admit as to John Doe No. 7.

## THE ALLEGED POLICIES

38. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 38 of the Plaintiff's Complaint.

39. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 39 of the Plaintiff's Complaint.

40. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 40 of the Plaintiff's Complaint.

41. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 41 of the Plaintiff's Complaint.

42. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 42 of the Plaintiff's Complaint.

43. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 43 of the Plaintiff's Complaint.

44. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 44 of the Plaintiff's Complaint.

45. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 45 of the Plaintiff's Complaint.

46. With respect to the allegations set forth in paragraph 46 of Plaintiff's Complaint, Defendants admit that the Underlying Actions are ongoing, and that no trial dates have yet been set. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 46 of the Plaintiff's Complaint.

### COUNT I

47. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

48. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 48 of the Plaintiff's Complaint.

49. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 49 of the Plaintiff's Complaint.

### COUNT II

50. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

51. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 51 of the Plaintiff's Complaint.

52. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 52 of the Plaintiff's Complaint.

### COUNT III

4

53. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

54. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 54 of the Plaintiff's Complaint.

55. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 55 of the Plaintiff's Complaint.

56. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 56 of the Plaintiff's Complaint.

57. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 57 of the Plaintiff's Complaint.

58. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 58 of the Plaintiff's Complaint.

## COUNT IV

59. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

60. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 60 of the Plaintiff's Complaint.

61. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 61 of the Plaintiff's Complaint.

62. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 62 of the Plaintiff's Complaint.

63. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 63 of the Plaintiff's Complaint.

HERMAN & MERMELSTEIN, P.A.                                                                WWW.HERMANLAW.COM

## COUNT V

64. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

65. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 65 of the Plaintiff's Complaint.

66. Admit.

67. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 67 of the Plaintiff's Complaint.

68. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 68 of the Plaintiff's Complaint.

## COUNT VI

69. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

70. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 70 of the Plaintiff's Complaint.

71. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 71 of the Plaintiff's Complaint.

72. Admit.

73. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 73 of the Plaintiff's Complaint.

74. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 74 of the Plaintiff's Complaint.

## COUNT VII

75. Defendants re-incorporate and re-allege their responses to the allegations set forth in Paragraphs 1 through 46 of Plaintiff's Complaint as is fully set forth herein.

76. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 76 of the Plaintiff's Complaint.

77. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 77 of the Plaintiff's Complaint.

78. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 78 of the Plaintiff's Complaint.

79. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 79 of the Plaintiff's Complaint.

80. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 80 of the Plaintiff's Complaint.

81. Defendants are without information or sufficient knowledge to form a belief as to the truth of the allegations set forth in paragraph 81 of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint is barred, in whole or in part, due to the application of one or more of the equitable doctrines of waiver, estoppel, and laches.

### Second Affirmative Defense

Defendant reserves the right to assert such additional affirmative defenses as may become known through the course of discovery in this case.

## Prayer for Relief

WHEREFORE, Defendants, RONALD L. HOUSTON, TOM MONROE, DONALD JESIK, JACK KLUN, J.M., T.A., JOHN DOE, JOHN DOE 2, JOHN DOE 3, JOHN 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16 and JOHN DOE 17 respectfully request that this Court award Defendant its attorneys' fees, expert witness fees, costs, interest, expenses, and such other and further relief as this Court deems just and proper.

DATED: March 6, 2007

HERMAN & MERMELSTEIN P.A.
18205 Biscayne Blvd.
Suite 2218
Miami, Florida 33160
www.hermanlaw.com
Tel: 305-931-2200
Fax: 305-931-0877

By: /s/ Jeffrey M. Herman
    Jeffrey M. Herman
    jherman@hermanlaw.com
    Florida Bar No. 521647
    Stuart S. Mermelstein
    smermelstein@hermanlaw.com
    Florida Bar No. 947245
    Adam D. Horowitz
    ahorowitz@hermanlaw.com
    Florida Bar No. 376980

## CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on March 6, 2007 by electronic filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mark A. Pottinger
Treece, Alfrey, Musat & Bosworth, P.C.
mpottinger@tamblaw.com

Steven Derek Laman, Esq.
Burg, Simpson, Eldredge Hersch & Jardine, P.C.
slaman@burgsimpson.com

Brian J. Spano, Esq.
Rothgerber Johnson & Lyons LLP
bspano@rothgerber.com

Cindy C. Oliver, Esq.
Rothgerber Johnson & Lyons LLP
coliver@rothgerber.com

  I FURTHER CERTIFY, that on this 6th day of March 2007, I have sent via facsimile and United States Mail, first class, postage prepaid, a copy of the foregoing to the following non-CM/ECF participants

Christopher J. Raistrick
Michale R. Gregg
Todd M. Rowe
Merlos Kanofsky Brinkmeier & Gregg Ltd.
208 S. LaSalle Street, Suite 950
Chicago, IL 60604
Fax: (312) 553-1586

                /s/ Jeffrey M. Herman
                HERMAN & MERMELSTEIN P.A.
                18205 Biscayne Blvd.
                Suite 2218
                Miami, Florida 33160
                www.hermanlaw.com
                Tel: 305-931-2200
                Fax: 305-931-0877

9

HERMAN & MERMELSTEIN, P.A.                        WWW.HERMANLAW.COM