

# INDEPENDENT INSURORS, INC.

U.S.F.&G.

TELEPHONE: 966-3700

11681 Manchester Road
St. Louis, Missouri 63131

June 11, 1969

Mr. Alex Staub, Business Manager,
Diocese of Pueblo
1426 Grand Avenue
Pueblo, Colorado 81004

Re: Certificate of Insurance

Dear Sir:

At the suggestion of Bro. Robert Minges, S.M. Treasurer of the Society of Mary here, we are requesting a Certificate of Liability Insurance covering Roncalli High School.

Since we have a Comprehensive General Liability policy on the Society, the Company auditors have picked up the exposure at Roncalli. To avoid a charge for the shcool to the Society here, the above requested Certificate should be filed with the carrier here, Insurance Company of North America.

Please refer this request to your Insurance Agent there.

Thanks for your prompt cooperation in this matter.

Cordially,

INDEPENDENT INSURORS, INC.

J. C. Stapenhorst

JCS:ew
cc: Bro. Robert Minges, S.M.

*orig sent to Don Rupp - 6-13-69*



U. S. F. & G. REPRESENTATIVE THIRTY YEARS

EXHIBIT 1



EXHIBIT 2

# CERTIFICATE OF INSURANCE

INTERNATIONAL INSURANCE COMPANY

Effective 10/15/68

THIS IS TO CERTIFY TO INSURANCE COMPANY OF NORTH AMERICA
(Name of Certificate-holder)

of c/o INDEPENDENT INSURORS, INC., 11011 MANCHESTER ROAD
(Address of Certificate-holder) ST. LOUIS, MISSOURI, 63131

that on the above date the following described insurance policies, issued by this Company, are in full force and effect:

## DESCRIPTIVE SCHEDULE

Name of Insured DIOCESE OF PUEBLO AND/OR THE BISHOP OF PUEBLO, A CORPORATION SOLE — ADDITIONAL INSURED — RONCALLI HIGH SCHOOL

Address of Insured PUEBLO, COLORADO

Location Covered PUEBLO, COLORADO

Description of Location or Operations Covered COVERAGE AS AFFORDED UNDER COMPREHENSIVE GENERAL LIABILITY POLICY

Types of Insurance:

| Name of Coverage | Policy Number | Effective Date | Expiration Date | Limits of Liability | |
|---|---|---|---|---|---|
| Workmen's Compensation | | | | Statutory | |
| Public Liability—Bodily Injury (Not Auto) COMPREHENSIVE GENERAL LIABILITY | CBP 43933 | 10/15/68 | 10/15/71 | $100,000 | each person |
| | | | | $500,000 | each accident |
| Public Liability—Property Damage (Not Auto) COMPREHENSIVE GENERAL LIABILITY | CBP 43933 | 10/15/68 | 10/15/71 | $50,000 | each accident |
| | | | | $50,000 | aggregate |
| Contractors' Protective—Bodily Injury INCLUDED | | | | $ | each person |
| | | | | $ | each accident |
| Contractors' Protective—Property Damage INCLUDED | | | | $ | each accident |
| | | | | $ | aggregate |
| PRODUCTS INCLUDED | | | | | |
| Automobile—Bodily Injury | | | | $ | each person |
| | | | | $ | each accident |
| Automobile—Property Damage | | | | $ | each accident |
| Burglary | | | | | |

REMARKS: COMPREHENSIVE CATASTROPHE POLICY ALSO IN FORCE FOR SAME POLICY PERIOD

Should any of the above described policies be cancelled before the normal expiration date thereof, the Company will endeavor to give written notice to the above Named Certificate-holder, but failure to give such notice shall impose no obligation or liability of any kind upon the Company.

INTERNATIONAL INSURANCE COMPANY

By Ronald Rapp — Agent
LOTT AGENCY, INC.
BOX 92 CRESTED BUTTE COLO. 81224
Authorized Representative

Mailed 6/12/69
BpR

(Agent to send Company One Duplicate Copy for each Policy listed hereon)

FM. 103.00.A