IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY,

    Plaintiff,

v.

BISHOP OF PUEBLO, a corporation sole, et al.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (*doc. no. 49)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the amended complaint and all exhibits (*doc nos. 49-2 through 49-27*) tendered to the court on May 24, 2007.

**DATED:**    May 29, 2007