IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case Number No. 06-cv-01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY,

    Plaintiff,

v.

BISHOP OF PUEBLO, a corporation sole,
THE MARIANISTS PROVINCE OF THE
UNITED STATES, INC.,
TOM MONROE,
DONALD JESIK,
JACK KLUN,
J.M.,
T.A.,
JOHN DOE,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 13,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,

    Defendants.

---

**MINUTE ORDER**

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

  IT IS HEREBY ORDERED that the Unopposed Motion to Enter Protective Order (*doc. no. 81*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 81-2)* is accepted by the court.

  In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**  December 3, 2007