IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case Number No. 06-cv-01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY,

    Plaintiff,

v.

BISHOP OF PUEBLO, a corporation sole,
THE MARIANISTS PROVINCE OF THE
UNITED STATES, INC.,
TOM MONROE,
DONALD JESIK,
JACK KLUN,
J.M.,
T.A., and
JOHN DOES 1-20,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Its Third Amended Complaint (*doc. no. 108*) is **GRANTED**. As of the date of this order, the Clerk of Court is instructed to accept for filing, Plaintiff's Third Amended Complaint for Declaratory Judgment and attached Exhibits (doc nos.108-2 through 108-29) tendered to the court on April 18, 2008.

**DATED:**    April 22, 2008