Diocese of Pueblo
Business Office                    1426 Grand Avenue
Pueblo, Colorado



Specifications for Diocesan
Package Insurance Policy

## GENERAL REQUIREMENTS:

1. Coverage is to be written by a company or companies rated as A+ AAAAA financial rating in Best's Insurance Guide and enclose its latest statement of condition.

2. All proposals shall include name of insuring company or companies and shall be signed by the agent submitting the proposal. The bidder will describe its claim philosophy as well as the facilities available for claims payment and adjustment.

3. Only bids from licensed agents or companies with established legal residence and approved by the insurance commissioner in and of the State of Colorado will be considered.

4. Bidders must have full service facilities in the State of Colorado. This includes policy service, appraisal and engineering, and especially full claims service. The agent should have, in most instances, immediate binding authority.

5. All policies must carry a 30 day notice of cancellation.

6. The successful bidder shall process the cancellation of all existing policies.

7. Premiums shall be submitted on a 3 year prepaid and 3 year paid annual basis on the single package of insurance.

8. If the proposal is from, or includes a mutual or reciprocal company, the policy shall be non assessable and sufficient evidence of non assessability must be submitted with the bid proposal.

9. Quotations should be made on the sheets attached for the purpose.

10. All bids submitted shall be valid for a period of sixty (60) days.

11. Quotations on property insurance should be based on values shown on Schedule attached. The successful bidder will be expected to review all values and complete a property evaluation (with two pictures of each facility) in 270 days from date of bid and provide a letter of acceptance to guarantee values from a co-insurance standpoint.

12. The Diocese of Pueblo reserves the right to reject any and all bids. The premises will be available to insurance company personnel for inspection of the premises and obtaining underwriting information by appointment through this office.

13. The bids must be submitted on or before <u>April 23, 1968</u>.

## MINIMUM BID REQUIREMENTS:

I. Buildings and Contents - Fire, Lightning, Extended Coverage and Vandalism and Malicious Mischief.

II. Comprehensive General Liability including non-owned vehicles.

III. Workmen's Compensation and/or employers' liability.

BOP 029

Specifications for Diocesan Institutional Insurance Policy   Pg. 2    

Minimum Bid Requirements: (Cont'd)

. Floater coverage for Audio-Visual Equipment, and Band Equipment.

V. Boiler and Machinery Coverage.

VI. Theft and Money Coverage.

VII. Medical Payments.

VIII. Comprehensive Catastrophe or Umbrella Liability.

SPECIFICATIONS FOR ITEM I:  Building and Contents:

1. Policy term-three year with annual premium payment.

2. Coverages shall be blanket on all real property and personal property and on a replacement cost basis on buildings, improvements and contents.

3. Bids should be submitted using replacement values on Schedule (A) subject to an aggregate deductible of $2,500 per occurrence.  Specify company variations from this deductible procedure.  (Alternate quote:  $1,000 deductible per occurrence).

   A. If higher deductible are available in your company, then they may be quoted with specific savings noted.

4. Physical Damage coverage extensions should be no less than those available under a standard Public and Institutional Property Form or Special Multi-Peril policy.

5. Optional quotations will be considered for optional or additional perils and also all physical loss coverage your specific forms should be attached.

SPECIFICATIONS FOR ITEM II:  Comprehensive General Liability including non-owned vehicles.

1. The General Liability rating procedures may vary with specific insurance companies. Further, this coverage must be considered a part of an overall package insurance program.

   A. If your liability coverage is written subject to final audit, then please furnish the exposures used to develop your premium, otherwise so state "not subject to audit".

2. Term - part of property insurance package policy.

3. Coverage must be on occurrence basis.

4. Limits of Liability:  Bodily Injury = $50,000 per person, $300,000 each occurrence. Property Damage - $50,000 each occurrence (Optional quote for $100,000/$500,000 Bodily Injury).

5. A Major Catastrophe or Umbrella Liability single limit $5,000,000 is requested.

   Personal injury must be included.  (The perils insured against should include discrimination as well as the standard perils).

7. Coverage to be provided for all employees while acting within the scope of their duties, including professional liability where applicable with corporal punishment.

8. Coverage for any new exposures during the policy term shall be automatic and in- BOP 03

Specifications for Diocesan Institutional Insurance Policy    Pg 3.

cifications for Item II. (Cont'd)

9.  Underwriting Information:  General Liability.

    A.  The current enrollment is:  Student        7,089

    B.  Staff consists of:

|  |  |
|---|---|
| Administrative Officers and Staff | 105 |
| Faculty | 325 |
| Clerical Staff | 125 |
| Custodial Staff | 75 |
| Total | 630 |

    C.  The following are the locations of Diocesan Agencies and Parishes with Missions listed.  (See Schedule (A).  The Diocese of Pueblo property to be insured consists of all the various buildings and contents therof belonging to the Catholic Church in the some 30 counties of Southern Colorado.  The legal corporate entity of the Diocese is "The Bishop of Pueblo" a corporation sole.

    D.  There are four (4) Senior High Schools, one (1) Jr. High School and twenty eight (28) elementary schools in 61 Parishes of the Diocese.

SPECIFICATIONS FOR ITEM III:  Workmen's Compensation and/or employers liability.

    1.  The insurance company accepting the bid will be called upon to define the need for this coverage as well as quote the premium for this coverage at rates no more than those prescribed by a national rating authority.

SPECIFICATIONS FOR ITEM IV:  Floater coverage for Audio-Visual equipment and Band Equipmen

    1.  Coverage must be on an "All Risk" blanket approach and must include any requirement to meet co-insurance clauses generally included in such forms.

SPECIFICATIONS FOR ITEM V:  Theft and money coverage.    *does this include mysterious disappearance?*

    1.  Coverage must be on an "All Risk" basis, blanket approach with a $2,500 limit at any covered location.    *each piece of item?*

SPECIFICATIONS FOR ITEM VI:  Boiler and Machinery coverages.

    1.  To insure all steam boilers and fired jacketed steam keetles, broad form coverage, on a blanket group basis, $500,000 limit per accident.

    Options:

    A.  To provide repair and replacement.

    B.  To provide $20,000 extra expense coverage recoverable 40% first month, 70% second month, 100% third month on all locations except bus garages.

    C.  Coverage to include liability because of Bodily Injury to persons other than employees.

SPECIFICATIONS FOR ITEM VII:   Medical Payments.

1. Coverage shall include students riding school buses and passengers in other school or church owned cars for medical expenses following accidents.

2. To include non-employees where accident liability occurred on church or school property.

SPECIFICATIONS FOR ITEM VIII:   Comprehensive Catastrophe or "Umbrella Liability".

1. Coverage to be for single limit of $5,000,000 to supplement the regular liability section of the Diocesan policy.

2. Coverage to apply after the regular benefits of the basic package policy have been fully utilized and expended.

SUMMARY OF REQUIREMENTS:

1. Preference will be given to a one (1) company, one (1) policy bid.

2. All policies must carry a 30 day written notice of cancellation and the successful bidder will be responsible for processing cancellation of existing policies.

3. All policies are to be quoted on a 3 year annual installment basis.

4. Proposals from mutual or reciprocal companies must be made on a non-assessable plan and adequate evidence of non-assessability of the insured must accompany the bid.

5. The successful bidder will furnish qualified engineering and valuation personnel that are familiar with Colorado property valuations. The company should have full service facilities in Colorado. This includes policy service, appraisal and engineering, and full claims service.

6. The proposer must list the names and locations of the firms used for adjustment on claims service.

7. The proposer will describe its claim philosophy as well as claim payment and adjustment.

8. For bidding purposes the policy may be assumed to be $22,000,000 all risk blanket coverage for facilities, and contents in the amount of $10,000,000, including personal property of the clergy and religious. *Special Vessels and object light would be covered by rider where needed*

9. The liability portions of the policy will include personal injury and non-owned vehicles, medical payments including students while in transit on church or school owned buses or automobiles. It will be on a broad basis including premises, operations and products.

10. Valuable papers and records coverage of $5,000 per covered location and money and their coverage of $5,000 at any location.

11. Bids should be submitted using 90% replacement value with $2,500 deductible on the extended coverage portion of the policy. (Note: Alternate quote $1,000 deductible on the extended coverage portion).

Specifications for Diocesan Institution Insurance Policy   Pg. 5.

Summary of Requirements:   (Cont'd)

12. All bids and/or quotations will be sealed and delivered to Mr. Alex L. Staab, Business Manager for the Diocese of Pueblo, 1426 Grand Avenue, Pueblo, Colorado 81003, on or before 60 days of the date above first written. Said bids shall be valid for 60 days from closing date of bid.

13. The Diocese of Pueblo reserves the right to accept or reject any and all bids.

Item 1: Buildings and Contents.

A. _____ Aggregate deductible per occurrence.  (See Item I specifications for alternate deductible.

B. Additional Perils Endorsement                      $             $

C. In lieu of B.  All physical loss endorsement   $             $

Item II: Comprehensive General Liability including non-owned vehicles.

A. Bodily Injury $50,000/300,000                      $             $

B. Single Limit $5,000,000                            $             $

C. Property Damage $50,000 each occurrence            $             $

   In lieu of A.  $100,000/500,000 B.I.               $             $

E. Professional Liability
   Note:  Incl. show cost or corporal
          punishment base limit only               $             $

F. Note:  Whatever auditable exposures
          are used, if any, list same in
          following space or in separate
          narrative form.

Item III.

A. Workmen's Compensation and/or employer's liability.  Can you comply with this request.
                          _____        _____
                              yes                no

Item IV.

   Floater Coverages-show co-insurance requirements $             $

Item V.  Theft and money coverages.

   Blanket, all risk $2,500
   Single limit per location                         $             $

VI.  Boiler and Machinery.

A. To include unfired pressure vessels             $             $

B. To provide repair & replacement                 $             $
   1 - Including A                                  $             $

BOP 033

Specifications for Diocesan Institutional Insurance Policy      Pg 6.

Item VI.  Boiler & Machinery.  (Con'd)

    To provide $20,000 extra expense coverage
recoverable, 40% first mo., 70% second mo.,
100% third mo. on all locations except bus
garages                           $              $

Item VII.  Medical Payments.

  A.  State whether included in II.               yes          no

      II separate endorsement         $            $

Item VIII.  Comprehensive Catastrophe or Umbrella Liability.

      Single Limit $5,000,000            $         $

      Single Limit $3,000,000            $         $

Type of claim service e.g. Company Adjusters, G.A.B., Weaver, or other.

| | Kind of adjuster, company etc. | Town where resident |
|---|---|---|
| Property | | |
| Casualty | | |
| Boiler | | |
| Insuring Company (s) | | |
| | | |
| | | |
| | | |
| | | |

| Agent | | | | |
|---|---|---|---|---|
| | Name | Address | City | State |
| | Name | Address | City | State |
| | Name | Address | City | State |
| | Name | Address | City | State |

BOP 034

Specifications for Diocesan Institutional Insurance Policy     Pg 7.

In cordance with the specifications, dated _____, covering the insurance program for the Diocese of Pueblo, we submit the following bids as requested:

|  | Annual Premium | Three year premium annual installmen |
|---|---|---|
| Bid I - Complete pkg. plan-Item 1 thru VIII | $_____ | _____ |
| Bid II - To be used if <u>other than</u> a pkg. plan is quoted. |  |  |
| 1.   Bldg. & Contents | $_____ | _____ |
| 2.   Comprehensive Gen. Liab. | $_____ | _____ |
| 3.   Floater form, Audio-Visual equipment | $_____ | _____ |
| 4.   Theft and money coverage | $_____ | _____ |
| 5.   Boiler & Machinery | $_____ | _____ |
| 6.   Medical Payments | $_____ | _____ |
| 7.   Comprehensive Catastrophe Liability | $_____ | _____ |
| Total Bid II | $_____ | $_____ |

The preceding bids have been submitted in complete accordance with an understanding of the specifications as noted above.

Any exceptions as noted:     _____

_____

_____

_____

_____

_____

_____

_____        _____
Signed                                  Date

BOP 035