This AGREEMENT, made and entered into this __1st__ day of __July__ 1968, by and between the Roman Catholic Diocese of Pueblo, Colorado, hereinafter called "DIOCESE", and the Society of Mary, Province of St. Louis, hereinafter called the "MARIANISTS", it is mutually agreed as follows:

1. The Diocese of Pueblo assumes full financial responsibility for Roncalli High School of Pueblo, Colorado, including that part of the structure known as the faculty residence; it shall provide all furniture, and necessary physical equipment required for the operation of this plant, it shall be responsible for any further capital developments of this plant, and it shall be financially responsible for the operational costs of said school.

2. Roncalli High School shall be operated for the Diocese by the Marianists as a boys' high school unless and until same may be designated a coeducational high school by the Bishop of Pueblo and subsequent to which this agreement shall be renegotiated between the Diocese and the Marianists and such other religious as may be required to staff the coeducational high school. The Diocese agrees to pay the aforementioned Society of Mary, Province of St. Louis, compensation for each of the respective religious assigned to the school by said Marianists.

A Supplementary Agreement between the Diocese and the Society of Mary shall be executed specifying the respective terms of compensation.

The Diocese further agrees to provide the Marianists assigned to said school such benefits that may at any future date be provided for members of other religious congregations similarly employed in the Diocese. The Diocese further agrees to pay the ordinary operation expenses of that part of the building designated as the "Faculty Residence", which shall include the cost of heat, light, power, air-conditioning, water, sewerage, and local telephone services.

3. During the first three years of the operation of this school under this contract, that is the three years following upon July 1, 1968, the Marianists agree to assign a sufficient number of religious teachers to the said school to maintain the ratio of religious and sacerdotal members of the faculty at such level that 60% of the total teaching faculty will be Marianists; further, the Marianists shall attempt to actually maintain this ratio at 66 2/3% if at all possible. At the expiration of said three year period, this religious-lay ratio shall be reviewed in the light of availability of personnel and the same ratio shall be continued if at all possible.

Should the ratio be reduced after the three year period, the reduction shall be to a level of not less than one religious to one lay teacher.

4. In the financial operation of the school there shall be distinguished a capital budget and an operating budget. To the capital budget shall be charged any additional construction or modifications of buildings, any additional furnishings, and equipment. Ordinary maintenance of plant and replacement of furnishings and equipment that may from time to time be required in both the school and the residence buildings shall be considered as operational expenses of the school and shall be included in the operating budget.

5. A Marianist appointed by the Marianist Provincial Administration and approved by the Bishop of Pueblo, shall be Principal and Chief Executive Officer of the school and shall act for the school in all relationships between the school and other bodies so long as said school is operated as a boys' school, as set forth in paragraph 2 above.

6. The school shall be conducted in accordance with the religious program and educational policies of the Diocese, and shall comply with the educational requirements of the State of Colorado.



EXHIBIT B

Provided further that the Marianists with approval [of the Diocese shall:]

a) Determine the curriculum and the schedule;

b) Administer the admissions policy as formulated in conjunction with the Diocesan Superintendent of Schools;

c) Determine the textbooks and other instructional materials necessary to implement the program;

d) Control discipline within the school by all necessary means including the suspension and expulsion of students and refusal to re-admit any undesirable students.

7. Further, the Marianist Principal shall administer the plant and finance, personnel, and educational program of the school as budget the exercise of this authority he shall recognize the position and authority of the Diocesan Superintendent of Schools in the formulation of policy.

The authority of the principal in personnel and administration shall include the right to engage the services of all personnel in accordance with the salary policies established by the Diocese. Furthermore, he has the authority to assign duties to and to dismiss, in accordance with the Diocesan Teachers' Contract, all academic personnel employed at the school. The same authority extends to secretarial, custodial, maintenance and other employees.

8. The school shall use an accounting system that conforms substantially to that proposed in "An Accounting Manual for Catholic Elementary and Secondary Schools" by Bro. Leo B. Ryan, published under the auspices of the National Catholic Educational Association, or such other standardized accounting system as may be adopted and designated by the Diocese. An annual audit shall be made by an auditor selected by the Diocese, and also at such other times as the Diocese may determine.

9. Any deficit or difference between income and budgeted operational costs, shall be the financial responsibility of the Diocese. Funds to meet this deficit shall be provided [...]

10. The Marianist principal shall prepare an annual budget for the ensuing year and shall present it to the Diocese not later than May 15 of each year, with a copy to be sent to the Marianist Director of Education. This budget must be approved by the Diocese before becoming effective.

11. A Marianist Priest, appointed by the Marianist Provincial Administration and working under the jurisdiction of the Marianist Principal shall be the official Chaplain of the School.

12. Diocesan Priests who are assigned to the staff shall, in their capacity as members of the faculty, work under the jurisdiction of the Principal.

13. Control of the use of school facilities shall be vested in the Marianist Principal who shall be free to schedule, approve, or reject such use and to set the conditions thereof.

14. The Marianist shall keep a separate inventory of all furnishings and equipment purchased by them and a separate inventory for those purchased by the Diocese.

15. Donations, legacies, and bequests to the School shall be treated as property of the school unless specifically designated for the Marianists.

16. The Diocese will reimburse the Marianists for use of the Community cars used on school business at an annual rate established and agreed upon by the Diocese and the Marianists.

17. Upon execution of this agreement, the Marianists shall reconvey to the Bishop of Pueblo, A Corporation Sole, by general warranty deed and bill of sale, free and clear of all liens and encumbrances, at no cost to the Diocese all that real and personal property previously conveyed and provided to the Marianists by the Diocese, constituting the Roncalli High School complex land, improvements and furnishings, including the Brothers residence excepting, however, that personal property of the Brothers which was furnished and provided by the Marianists.

18. This agreement shall become effective on July 1, 1968. During the third year of operation under this Agreement, it shall be reconsidered with a view to revisions that may at that time be deemed advisable.

19. Should either party wish to terminate this Agreement, it shall be necessary that notice in writing be given to the other party, no less than twelve (12) months in advance of the date of termination, such date being the beginning of a regular academic school year.

IN WITNESS WHEREOF, the parties hereto have affixed their respective signatures and seals, in duplicate, the date and year first above written.

FOR THE SOCIETY OF MARY:

_Very Rev. James A. Young, S.M._
Provincial Superior

SEAL:

FOR THE DIOCESE OF PUEBLO:

_Most Rev. Charles A. Buswell, D.D._
Bishop of Pueblo

SEAL: