

Marianists

MAR 27 1969

# RONCALLI HIGH SCHOOL
*Pope John XXIII Memorial*

BOX 3A, BEULAH STAR ROUTE
PUEBLO, COLORADO 81004

January 24, 1969

Diocesan Business Office
1426 Grand Avenue
Pueblo, Colorado    81004

Att:   Alex L. Staab

Dear Mr. Staab:

RE:   Inclusion of Pick Up Under the Diocese of Pueblo
Fleet Policy

| | |
|---|---|
| Vehicle: | 1956 Chevrolet Pick Up Truck<br>1/2 ton, 6 cylinders |
| Serial #: | 3A57K107156 |
| Cost: | $250.00 |
| Coverage: | Liability<br>a) Bodily Injury<br>b) Property Damage |
| Effective<br>Date: | January 27, 1969 |

Sincerely,

*Kenneth Straubinger, S.M.*

Kenneth Straubinger, S.M.
Business Manager

*Placed  1-27-67*
*Binder*

cc:  Brother Robert Minges, S.M.

BOP 918

PUEBLO COUNTY
BOARD OF COUNTY COMMISSIONERS

AGENDA
June 26, 1969

(a)   MAP AMENDMENT NO. 60 - JOHN GRECO & ~~ANGELO PATTI~~ - Beulah Hwy. West - N. & W. of
Roncalli School  (MANDATORY 1 YEAR REVIEW)

Desires zone change from Residence 2 to Business 4 zone.

PLANNING COMMISSION RECOMMENDED TO GRANT.


PUEBLO COUNTY ZONING BOARD OF APPEALS

VARIANCE NO. 71 - FLORENCE RICHEY CURTIS - 29-30 Lane - Hwy. 50 E.

Request variance to establish three mobile homes on property in lieu of one.

BOP 919



**Diocese of Pueblo**
Office of the Business Manager
1426 Grand Avenue
Pueblo, Colorado 81003

Phone 305-544-3937

April 18, 1969

Memo to:     Bishop Buswell
Subject:     Roncalli High School Athletic Bus

After meeting and unanimous concurrence by the Finance Committee I have taken the following action:

|  |  |
|---|---|
| Bought 1962 International Bus - price | $6,525 |
| Traded 1951 GMC Bus, allowance | 425 |
| Net difference | $6,100 |

This bus is in real fine shape ready to roll and we will take the best tires from the old bus if necessary.  Delivery will be made the week of April 21.

Please indicate your official approval of this transaction.

ALS/tk

**BOP 920**

May 5, 1969

Colorado Surplus Property Agency
4700 Leetsdale Drive
Denver, Colorado    80222

Dear Sir:

RE:  Disposal of Bus Purchased through Colorado Surplus Property Agency

| | |
|---|---|
| MODEL/YEAR: | 1951, GMC |
| BODY TYPE: | 37 Passenger School Bus |
| SERIAL NUMBER: | 3301269 |
| DATE OF PURCHASE: | Unknown |

Since the beginning of the academic year (1968-69) we have been having pro-
blems with the above mentioned bus. Many times the athletic teams would
have to be dismissed an hour or more earlier than necessary in order to
arrive on time. To try to alleviate the above problem with a major concern
for the safety of our students we had a rebuilt engine installed in the lat-
ter part of December. Following are the costs for this work done:

| | | | |
|---|---|---|---|
| Lasater | | Abell Truck & Equipment Company | |
| 314 Clark Street | | 1200 North Santa Fe | |
| Pueblo, Colorado | $ 965.00 | Pueblo, Colorado | $ 473.00 |

On the 29th of March the Roncalli athletic team had an athletic event with
one of the Denver schools. Shortly on their return the bus driver saw
sparks coming from the engine--immediately all the students were evacuated
from the bus (gas tank next to engine). The engine was a 'white' hot.

After the bus was towed back to Pueblo ($125.00) the cause of trouble was
investigated and temporarily repaired. The repairs this time was $107.00.
As of that date we had put approximately $1,700.00 into the bus, and much
of this to no betterment of the bus and the safety of the students.

Acouple days after the bus was towed back to Pueblo, the Diocesan Business
Manager for the Diocese of Pueblo had a contact to purchase a bus from one
of the school districts in the Denver area. Because of the vast amounts
spent (and in reality a loss) and for the safety of the students the bus
was traded in for a used 1962 International. The school suffered a loss on
the trade-in.

BOP 921

Colorado Surplus Property Agency
May 5, 1969

page 2

Even though the Diocesan Business Manager negotiated the above transaction, it was an oversight on my part to indicate to him that the bus was surplus property and hence official authorization had to be obtained for such a transferral.

It is therefore the purpose of this letter to obtain such authorization. I am sorry for any problems that may arise from this action taken and hope that such oversights will not happen in the future.

Sincerely yours,


Kenneth Straubinger, S.M.
Business Manager

P.S.  Notification made prior to this letter by phone on May 5, 1969.

cc:  Alex L. Staab
     Diocesan Business Manager



**Diocese of Pueblo**
Office of the Business Manager
1426 Grand Avenue
Pueblo, Colorado 81003

Phone 303-544-3937

June 6, 1969

~~Brother John Kunz, S.M.~~, Principal - Roncalli High School

In accordance with your request of May 21 with reference to the Diocesan per mile policy on bus use, the following request for change is hereby authorized.

      1)  25¢ per mile plus the cost of the driver

        Sincerely,

        Alex L. Staab
        Business Manager

ALS/tk

cc Roncalli Business Manager

BOP 923

TO:     Alex L. Staab
FROM:   Business Manager
RE:     Request from Athletic Department for
          Charges of Use of School Bus
DATE:   May 21, 1969


a)  Diocesan ruling
    '30¢ per mile with a minimum of $7.50 for short haul activities.
    Where mileage or gasoline has been budgeted it shall be the actual
    cost of 30¢ per mile plus cost of the driver.'

b)  Budget 1969-70
    Method of computing transportation costs:  one-half rate charged
    by Continental Trailways

c)  Request Charges to be made in following manner:
    25¢ per mile plus cost of driver

- - - - - - - - - - - - - - - - -


Continental Trailways

| | | |
|---|---|---|
| 29 passenger | 110.00 | (based on Pueblo to Denver, 220 miles, based |
| 33 passenger | 129.00 | on prices 9/1969) |
| 37 passenger | 132.00 | |
| 41 passenger | 143.00 | |


EXAMPLE FOR REQUEST OF SUCH A REVISION:

a)  220 x 30¢ =     66.00
    4 pm - 12 pm
    (8 hrs @ 2.00)   16.00

    Total Cost              $ 82.00


b)  Actual Trip Made During Year

    222 miles, cost $144.30
    one-half of 144.30        72.00


c)  220 x 25¢   =   55.00
    8 hrs @ 2.00 =   16.00

    Total Cost              71.00

BOP 924

——method 'c' most accurately estimates costs the way they were bud-
    geted in contrast to the Diocesan Finance Committee request of
    method 'a' for the athletic department!



**Diocese of Pueblo**
Office of the Business Manager
1426 Grand Avenue
Pueblo, Colorado 81003

Phone 303-544-3937

June 25, 1969

Dear Brother John:

Inclosed you will find the invoice for the Roncalli Bus, in the amount of $6,100. This amount is on deposit at the Mr. Carmel Credit Union according to Brother Ken.

Please withdraw this amount after the first of July and send the Roncalli High School Check to Fortino Jackson. This arrangement is satisfactory with the above firm.

The Chevrolet Co. will deliver the bus back to Roncalli when finished. The license plates have been transfered and are attached to the bus.

Thank you for your attention to this matter. Have a good summer.

Sincerely,

Alex L. Staab
Business Manager

ALS:ek

BOP 925

**ENDORSEMENT**

Addi'' al Premium_____

Return Premium_____

Effective on and after_____ Nov. 2, _____ 19 3 _ 10:03 AM _____ Standard Time

this endorsement forms part of policy No.____ CA 20 30 52 _____ Expiration Date Nov. 2, 1970

Issued to___ THE DIOCESE OF PUEBLO AND THE BISHOP OF PUEBLO, A CORPORATION SO _

By___ The North River Insurance _____ Company

Additional Ensured #8
Roncalli High School and Society of Mary, Province of St. Louis
Highway 76 West
Pueblo, Colorado

All other terms and conditions of this policy remain unchanged.

.0.0.192 REV. 8-67    PRINTED IN U.S.A.

AUTHORIZED REPRESENTATIVE



## FLEET SCHEDULE ENDORSEMENT

..e policy is hereby made to apply to the items described below

| Item No. | Model Year | Trade Name | Type of Body (Truck Tonnage or Tank Gallonage) | | Serial and Motor Numbers | Cost to Insured Incl. Equipment | Purch. by Ins'd | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Month | Year |
| 1 | 1952 | International | 4 pass. Sch. Bus | S | | 5,000 | Marr 03 | |
| | | | | M | ..oW | | | |
| 2 | 19.. | Chevrolet 311120 | ¾ Ton P.U. | S | | 18.0. | Ap 53 | |
| | | | | M | ..07R'07155 | | | |
| | | | | S | | | | |
| | | | | M | | | | |
| | | | | S | | | | |
| | | | | M | | | | |
| | | | | S | | | | |
| | | | | M | | | | |
| | | | | S | | | | |
| | | | | M | | | | |
| | | | | S | | | | |
| | | | | M | | | | |

The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each coverage shall be as stated in item 3 of the declarations and the limit of the company's liability against each direct damage coverage shall be as stated herein, subject to all the terms of the policy having reference thereto.

| Item No. | Kind of Collision Coverage — Amount Deductible, if any | Limits of Liability — Direct Damage Coverages | | PREMIUMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | Property Damage Liability | Automobile Medical Payments | Comprehensive Except by Collision or Upset | Collision or Upset | Fire, Lightning and Transportation | Theft (Broad Form) | Windstorm, Earthquake, Explosion, Hail or Water | Combined Additional Coverage | Towing and Labor Costs |
| 1 | .. | 5,000 | .. | .. | 13. | 33. | 7. | | | 15. | | 3. |
| 2 | — | — | 35. | .. | 7. | — | — | | | 6.3 | | 2. |
| | | | | | | | | | 5.3 | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | TOTALS | | 7.. | .. | 30. | 33. | 17. | | | 2.3 | | 6. |

Subject otherwise to all the terms, limits and conditions of the Policy.

Effective on and after ____ Nov. 3, ____ 19 54 ____ 11:01 AM ____ Standard Time

this endorsement forms part of policy No. ____ IA 0 052 ____

Issued to ____ THE DIOCESE OF PUEBLO AND THE BISHOP OF PUEBLO, A CORPORATION   SOLE ____

By ____ The North River Insurance ____ Company   **BOP 927**

_____
Authorized Representative

FM.114.0.11  REV. 9/51                    Endorsement No. ____



**Diocese of Pueblo**
Office of the Business Manager
1426 Grand Avenue
Pueblo, Colorado 81003

Phone 303-544-3937

January 28, 1980

Memo to:     Don Rupp - Lott Agency Inc.

Please delete the 1962 bus for Roncalli High School, Pueblo and add the following:

1969 Chevrolet Superior 48 Pass. Body Model 69-1109
Serial #2508

Effective Jan 1, 1970

Sincerely,

Alex L. Staab
Business Manager

ALS/tk



**Diocese of Pueblo**
Office of the Business Manager
1426 Grand Avenue
Pueblo, Colorado 81003

Phone 303-544-3937

September 5, 1969

Brother Kenneth Straubinger
Roncalli High School
Box 3 A Beulah Star Route
Pueblo, Colorado   81004

Dear Brother Ken:

Enclosed are two checks equaling $8,657.00, the total cost of the

new bus.

Please send the Roncalli check in the amount of $6,185.00 to the

Fortino & Jackson Chevrolet Co.

A check in the amount of $2,472.00 should be sent to Jacobs

Equipment Co. - attached invoice.

Sincerely,


Alex L. Staab
Business Manager

ALS:ek
2-cks
1-Inv.

**BOP 929**



*Specialists in Transportation Equipment*

## Jacobs Equipment Co.

1950 31st STREET  ·  DENVER, COLORADO 80216
PHONE 292-3580 (AREA CODE 303)

August 28, 1969

Mr. Alex Staab
Diocese of Pueblo
Catholic High School
1426 Grand Avenue
Pueblo, Colorado  81003

Dear Mr. Staab:

We are enclosing our invoice No. 27061 covering your purchase of the
1969 Chevrolet-Superior 66 passenger school bus less trade-in of
1962 IHC-Superior 73 passenger pusher bus, and would appreciate
receiving your check for the difference in the amount of $2,472.00.

The Superior factory has been advised of the lettering required and
just as soon as this is completed and the chassis has been released
to the dealer, we will have our driver on his way to Lima with
instructions to deliver the unit to Fortino-Jackson Chevrolet Co.,
Pueblo.

Yours very truly,

JACOBS EQUIPMENT CO.

*Alberta Ames*

(Mrs.) Alberta Ames
School Bus Dept.

a
Encl.
cc:  Mel Dawson – Colorado Springs

BOP 930

JACOBS

*Specialists in Transportation Equipment*

**Jacobs Equipment Co.**

1950-31st STREET · DENVER, COLORADO 80216
PHONE 292-3500 (AREA CODE 303)

**SALES AGREEMENT**

N° 40550

*file Rep calls*

| | |
|---|---|
| **SOLD TO** | DIOCESE OF PUEBLO CATHOLIC HIGH SCHOOL 1426 GRAND AVE Pueblo, Colo 81003 |
| **SHIP TO** | ATTENTION: MR. ALEX STARB |

Date AUG. 25-69   Cust. Order _____   Terms NET ON OUR INV. FOB PUEBLO

Ship OUR DELIVERY   Salesman JIMMY DAWSON   Sales CODY   Credit _____

| Quantity | DESCRIPTION | List Price Each | Net Price Each | TOTAL |
|---|---|---|---|---|
| 1 | 1969 CHEVROLET-SUPERIOR 66 PASS. SCHOOL BUS. | | | |
| | CHASSIS SERIAL NO. SE529P-824316 | | | |
| | BODY MODEL 69-1109 SERIAL 2508 | | | |
| | WITH ALL REQUIRED SPECS. AND INCLUDING | | | |
| | 3-LARGE HEATERS - FOAM-RUBBER PASS. CUSHIONS - | | | |
| | RUBBER FLOOR COVERING, ETC - | | | |
| | NET PRICE - EXCLUDING ALL TAXES - AND | | | 8,657.00 |
| | DELIVERED TO PUEBLO, COLO | | | |
| | LESS-1962 FMC-SUPERIOR 73 PASS. | | | |
| | PUSHER BUS - SERIAL FD 137146 | | | 6,185.00 |
| | NET DIFF. | | | 2,472.00 |

BOP 931

| | |
|---|---|
| TOTAL PURCHASE PRICE | |
| PARTIAL PAYMENT | |
| BALANCE | |

**PURCHASER:** To place the above order, execute and date this Agreement in the spaces provided and deliver to an authorized agent of Jacobs Equipment Co., or forward to the address above, with the required Partial Payment, if any. This Agreement shall be binding on the Seller, Jacobs Equipment Co., only if accepted by an officer of the corporation. Purchaser may presume that Agreement has been accepted if notice of rejection is not received within 10 days. Purchaser's Partial Payment shall be refunded if Agreement is not accepted.

The Terms and Conditions ON THE REVERSE SIDE HEREOF are a part of this Agreement.

PURCHASER Diocese of Pueblo High School   JACOBS EQUIPMENT CO.

BY Alex L. Starr   BY _____

TITLE Bus. Mgr.   TITLE V. Pres.

DATE Aug 25, 1969   DATE 8/28/69

**JACOBS**
DENVER

*Specialists in Transportation Equipment*   DUPLICATE INVOICE

**Jacobs Equipment Co.**

1950 31ST STREET · DENVER, COLORADO 80216
PHONE 292-3580 (AREA CODE 303)

S. O. NO.

**28939**

| | | | | |
|---|---|---|---|---|
| DATE | 8-26-69 | PROPOSAL NO. | 40550 | INVOICE NO.27061 |
| CUST. ORDER | | SALESMAN | CHUCK/MEL | INVOICE DATE AUGUST 27, 1969 |
| F.O.B. | PUEBLO, COLORADO | TERRITORY | | TERMS  NET CASH REC. INV. |

S O L D T O

DIOCESE OF PUEBLO
CATHOLIC HIGH SCHOOL
1426 GRAND AVENUE
PUEBLO, COLORADO     81003

S H I P T O

ATTN:  MR. ALEX STAAB

VIA:  OUR DELIVERY

| ORDERED | BACK ORD. | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1 | 1969 CHEVROLET-SUPERIOR 66 PASSENGER SCHOOL | | |
| | | | BUS.  CHASSIS SERIAL #SE529P-8243116, | | |
| | | | BODY MODEL 69-1109, SERIAL #2508., WITH | | |
| | | | ALL REQUIRED SPECS. AND INCLUDING 3 LARGE | | |
| | | | HEATERS.  FOAM RUBBER PASSENGER CUSHOINS. | | |
| | | | RUBBER FLOOR COVERING, ETC. | | |
| | | | NET PRICE, EXCLUDING ALL TAXES AND | | |
| | | | DELIVERED TO PUEBLO, COLORADO............. | | $8,657.00 |
| | | | LESS 1962 IHC-SUPERIOR 73 PASSENGER | | |
| | | | PUSHER BUS - SERIAL #FD13714E............. | | 6,185.00 |
| | | | NET DIFFERENCE........................... | | $2,472.00 |

BOP 932

NO GOODS TO BE RETURNED WITHOUT OUR WRITTEN PERMISSION.  AUTHORIZED ITEMS RETURNED UNDAMAGED ARE SUBJECT TO 10% HANDLING CHARGE AND MUST BE ACCOMPANIED BY THIS INVOICE. OUR RESPONSIBILITY CEASES WHEN MATERIAL IS DELIVERED TO TRANSPORTATION COMPANY. CLAIMS FOR LOSS OR DAMAGE IN TRANSIT MUST BE MADE AGAINST THE CARRIER.
4M  41330  1-69

# FORTINO & JACKSON CHEVROLET CO.

MAIN AT TENTH    544-8162    TENTH & SANTA FE

PUEBLO, COLORADO

TONY FORTINO

BOB JACKSON

SOLD TO: Diocese of Pueblo
ADDRESS 1426 Grand
Pueblo, Colorado

DATE June 5, 1969

INVOICE NO. 7537

| MAKE | MODEL | | NEW OR USED | SERIAL NO. | MOTOR NO. | KEY NO. |
|---|---|---|---|---|---|---|
| 1962 Inter. | Bus | | used | FD13714 8 | | |

2055-Jacobs Equipment Co.
SALESMAN Tom Litton

P.O. #4592

PRICE OF CAR    6525.00

TOTAL CASH PRICE    6525.00

## GROUP

## OPTIONAL EQUIPMENT AND ACCESSORIES

| DESCRIPTION | PRICE |
|---|---|
| ANTI-FREEZE | |
| PROTECTION NOT GUARANTEED AFTER DELIVERY OF THIS CAR OR TRUCK | |

COST OF FINANCING

MIC.   DED.   MO.
PL - PD   MO.
STATE SALES TAX
CITY SALES TAX
FILING FEE & PERMIT
PAYOFF TO

TOTAL TIME PRICE    6525.00    Exempt

## SETTLEMENT:

DEPOSIT
CASH ON DELIVERY
USED CAR: 1951 GMC
TYPE Bus
SER. NO.
LIC. NO.
PAYMENTS

TOTAL    6100.00   425.00

**BOP 933**

F-33

COLORADO SURPLUS PROPERTY AGENCY
4700 Leetsdale Drive
Denver, Colorado 80222

February 6, 1970

Mr. Kenneth Straubinger, S.M.
Business Manager
Roncalli High School
Box 3A, Beulah Star Route
Pueblo, Colorado  81004

Dear Sir:

I have reviewed the files of this office relative to the acquisition of the below described property and have determined that you have complied with the intent of Public Law 152, and amendments thereto, and all federal and/or state restrictions.  Title to this property is hereby transferred to your institution.  You may dispose of said property in accordance with the policy established by your governing board not inconsistent with existing laws of the United States Government or its political subdivisions.

1956 Chevrolet 1/2 ton Pick Up, Serial No. 3A57K107156, Allocated 2-25-65, Issue Sheet No. DO11226, Service Charge $250.00, Acq. Cost $1,062.00.

Please retain this letter of authorization in your surplus property file for future reference.

Very truly yours,

J. Darrell Rogers
Principal Supply Officer

JDR:fj

**BOP 934**



FORTINO
— & —
JACKSON CHEVROLET CO.

MAIN AT TENTH     544-8162     TENTH & SANTA FE

PUEBLO, COLORADO

BOB JACKSON

SALESMAN: Litton

SOLD TO: Roncalli High School
ADDRESS  Box 3A Beulah St Rte
         Pueblo, Colorado

DATE  1/7/71.

INVOICE NO.  E 2135

| MAKE | MODEL | NEW OR USED | SERIAL NO. | MOTOR NO. | KEY NO. |
|------|-------|-------------|-----------|-----------|---------|
| 1971 Chev Pkup | CE20934 | N | CE241J610527 | | 7A21 |

**FACTORY EQUIPMENT**

Antifreeze
Protection Nut
Guaranteed After
Delivery Of This
Car Or Truck.

**DEALER INSTALLED EQUIPMENT**

| | |
|---|---|
| PRICE OF CAR. Nt Price Inc. Excised Tax | 2936.82 |
| | 50.77 |
| | 260.50 |
| TOTAL CASH PRICE | 3248.09 |
| COST OF FINANCING | |
| MIC        DED.        NO. | |
| PL - PD        NO. | |
| STATE SALES TAX | exempt |
| CITY SALES TAX | .50 |
| FILING FEE & PERMIT | |
| PAYOFF TO | |
| TOTAL TIME PRICE | 3248.59 |

**SETTLEMENT:**

| | |
|---|---|
| DEPOSIT  CMD | |
| CASH ON DELIVERY | 260.50 |
| USED CAR: 56 Chev | 2913.09 |
| TYPE 3104 | 75.00 |
| SER. No.3A57KL107150 | |
| LIC. NO. | |
| PAYMENTS | |
| TOTAL | |

THANK YOU . . .  YOUR PATRONAGE IS APPRECIATED

BOP 935



**Marianists**

# RONCALLI HIGH SCHOOL
*Pope John XXIII Memorial*

### BOX 3A, BEULAH STAR ROUTE
### PUEBLO, COLORADO 81004

January 7, 1971

Mr. Alex L. Staab
Diocesan Business Office
1426 Grand Avenue
Pueblo, Colorado  81003

Dear Mr. Staab:

RE:  Transfer of Truck Insurance Coverage to New Truck

The following information is presented in summary form to expedite the insur-
ance coverage transfer:

> INSURED:  Roncalli High School
>
> Truck Traded-In (transfer coverage to new truck)
> 1956 Chevrolet 1/2 ton pick up
> Serial #:  3A57K107156
>
> Newly Purchased Truck (please include under policy)
> 1971 Chevrolet 3/4 ton pick up
> Serial #:   CE241J610527
> Received:   January 6, 1971
> Cost:       $3,248.09
> Engine:     V8

Please confirm transfer of coverage.

Sincerely yours,

Kenneth Straubinger, S.M.
Business Manager

cc  Brother Norbert Karpfinger, S.M.
Principal

**BOP 936**



Marianists

# RONCALLI HIGH SCHOOL
*Pope John XXIII Memorial*

BOX 3A, BEULAH STAR ROUTE
PUEBLO, COLORADO 81004

TO:     Alex L. Staab
FROM:   Kenneth Straubinger, S.M.
RE:     Funds for Truck
DATE:   October 19, 1970

We are requesting permission at this time to purchase a 1971 Chevrolet 3/4 ton truck for Roncalli High School. Attached is a bid that was received from Mr. Ray Moroney, Sales Manager for Fortino & Jackson Chevrolet Company. We would like to place the order within the next couple of days so that delivery can be had sometime in late December or the beginning of January.

At the present time we have some $1,893.00 set aside for the purchase of this truck. Interest earnings for the fourth quarter are yet to be earned. This leaves a balance of some $960.00. Brother Norbert Karpfinger has contacted the Home & School officers and they have agreed to underwrite the remaining balance. This will be their project for the remainder of the year.

At the time of delivery the amount still needed for the payment of the truck will be borrowed from the agency accounts here at school. Hopefully the Home & School will be able to reach the amount needed--if not, definitely by the fall of 1971.

It is felt that the truck is needed at this time, hence the request for permission to go ahead and place this order.

Thank You!


cc   Norbert Karpfinger, S.M.
     Principal

*Norbert J. Karpfinger*

TO:   Fortino & Jackson Chevrolet Company
FROM: Kenneth Straubinger, S.M.
RE:   Purchase Agreement
DATE: October 19, 1970

Att:  Ray Moroney, Sales Manager

Please place our order for one (1) 1971 Chevrolet 3/4 Ton Truck as described and quoted in your letter of the 13th.

Specifications:   Chevrolet 3/4 ton truck
                  307-215 HP V-8 Engine (regular fuel)
                  Deluxe Heater
                  Front and Rear Bumper
                  Side Mirror
                  Turbo-hydromatic transmission (2 low gears, plus a drive gear)
                  Commercial Tires, Spare Tire

                  Retail       $ 3,733.85
                  Cost           2,936.82
                  Trade-in          75.00

                               $ 2,861.82

Please include the heavy duty rear springs which were not quoted ($14.04).

Upon delivery of the 1971 Chevrolet 3/4 ton truck as described above a check in the amount of $2,875.86 will be mailed to the Fortino & Jackson Chevrolet Company within five (5) business days.  It is understood that there may be a price increase which may have to be paid if such price increases are retro-active on all orders placed since the beginning of the strike.  Upon delivery of the 1971 truck the 1956 1/2 ton truck will be surrendered to the Fortino & Jackson Chevrolet Company.  The trade-in allowance of $75.00 will not be changed because of delays due to the strike etc.

for Roncalli High School:


_____          _____
Kenneth Straubinger, S.M.                 Alex L. Staab
Business Manager                          Diocesan Business Manager


for the Fortino & Jackson Chevrolet Company:


_____
Ray Moroney
Sales Manager

BOP 938



DIAL 544-8162



Main at 10th St.
PUEBLO, COLORADO 81003

October 13, 1970


Bro. Kenneth Strawbinger, S.M.
Roncalli High School
Box 3A Beulah Star Rt.
Pueblo, Colorado  81004

Dear Brother Kenneth:

    We are pleased to submit the following bid for a 1971

Chevrolet 3/4 Ton Truck.

        307-215 HP V-8 Engine (Regular Fuel)
        Deluxe Heater
        Front Bumper
        Rear Bumper
        Side Mirror
        Turbo-hydromatic Transmission ( 2 Low gears, plus a drive gear)
        Commercial Tires
        Spare Tire

            RETAIL    $3733.85
            COST      $2936.82
                        $75.00    1956 ½ Ton Truck
                      ─────────
                      $2861.82    Net Difference


    Very Truly,

    Ray Moroney
    Sales Manager


    RM/lln
    cc:file

BOP 939

JAN 1 4 1971

An accounting as to the funds used and
received in the financing of the
recently acquired 1971 Chevrolet
truck!

$ 1 9 16 . 51
+ 321 . 54
2 238 . 09

January 13, 1971

Mr. and Mrs. Henry Burick
Roncalli Home & School Association
510 Linda Vista
Pueblo, Colorado   81005

Dear Mr. and Mrs. Burick,

RE:  Recently Acquired 1971 Chevrolet Truck

Received Roncalli's Home & School Association check in the amount of $675.00.
The following detail will show the monies that were available and the amount
still necessary to clear the account.

| | |
|---|---:|
| Budgeted & funded by Roncalli High School | $ 1,600.00 |
| Gift Received | 200.00 |
| Interest Earned | 116.55 |
| Total Available | $ 1,916.55 |
| Received from Roncalli Home & School Association | 675.00 |
| Grand Total Available | $ 2,591.55 |
| Less Cash on Delivery | 2,913.09 |
| Additional Amount Requested of the Home & School Assoc. $ | 321.54 |

The administration of Roncalli High School would like to take this opportunity
to thank the Roncalli Home & School Association for the help that they have
given in the financing of this truck.

Sincerely yours,

Kenneth Straubinger, S.M.
Business Manager

cc   Brother Norbert Karpfinger, S.M.
     Principal

     Mr. and Mrs. William Maguire
     Treasurers/Roncalli Home & School

BOP 940

*Second Request*
7-14-71



# DIOCESE OF PUEBLO

1426 GRAND AVENUE / PUEBLO, COLORADO 81003 / PHONE (303) 544-3937

Office of the
Business Manager

June 17, 1971

Memo To:  Don Rupp, Lott Agency, Inc.

Re:  Cancellation of 1971 Chev p/u for Roncalli

    Attached please find a letter from Roncalli High School, which is

    self-explanatory...

    Your prompt attention in taking care of this will be appreciated..

                    Thank you,
                    Business Office

BOP 941



**Marianists**

# RONCALLI HIGH SCHOOL
*Pope John XXIII Memorial*

BOX 3A, BEULAH STAR ROUTE
PUEBLO, COLORADO 81004

June 15, 1971

Diocesan Business Office
1426 Grand Avenue
Pueblo, Colorado    81003

Dear Sir,

RE:  Cancellation of Insurance Coverage on 1971 Chevrolet Pickup Truck

Please cancel the insurance coverage on the Roncalli truck as of June 30th.
The following information below will be needed to effect this cancellation.

| | |
|---|---|
| MAKE: | Chevrolet (3/4 ton) |
| YEAR: | 1971 |
| BODY STYLE | Pickup |
| SERIAL NUMBER: | CE241J610527 |
| CANCELLATION EFFEC-TIVE DATE: | June 30th, 1971 |

I will take care of transfering the title to the Society of Mary, the buyers
of the truck.

Thank you!

Sincerely yours,

Kenneth Straubinger, S.M.
Business Manager

**BOP 942**

INVOICE № 14104

Date: Aug. 11, 1971   DI0300



9.18 11th Ave.   Greeley, CO 80631
Phone: 353-1443

• The Diocese of Pueblo
1426 Grand Avenue
Pueblo, Colorado 81003

PLEASE RETURN this portion with your payment.

| Policy Number | Effective Date | Renewal Date | N. River | | № 14104 |
|---|---|---|---|---|---|
| CA506025 | 6-30-71 | 11-2-71 | | | |

| CLASS CODE | TRANS CODE | COMP CODE | SPEC CODE | DESCRIPTION OF COVERAGE | PREMIUM CHARGE | PREMIUM CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| 24 | 3 | 62 | | Return Premium — delete 1971 Chevrolet Pickup, Roncalli High School, Add'l Insured #8, End. #90 | | (41.60) | |

| FUTURE INSTALLMENTS will be due | DATE | PREMIUM | DATE | PREMIUM | DATE | PREMIUM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Premiums are due on effective date of Policy

**LOTT AGENCY, INC.**

BOP 943

# MULTI PURPOSE AUTO ENDORSEMENT



☐ UNITED STATES FIRE INSURANCE COMPANY
☐ THE NORTH RIVER INSURANCE COMPANY
☐ WESTCHESTER FIRE INSURANCE COMPANY
☐ INTERNATIONAL INSURANCE COMPANY

POLICY NUMBER- CA 50 60 25
EFFECTIVE DATE: FROM 6-30-71
TO 11-2-71

**INSURED**
NAME THE DIOCESE OF PUEBLO AND THE
ADDRESS BISHOP OF PUEBLO, A CORP. SOLE
CITY & STATE 1426 GRAND AVE., PUEBLO, COLO.

**AGENT**
NAME LOTT AGENCY, INC.
ADDRESS P.O. BOX 98
CITY & STATE GREELEY, COLORADO 80631

IT IS AGREED THAT THE POLICY IS AMENDED AS INDICATED BELOW:

A. ___ NAMED INSURED
B. ___ STREET ADDRESS

C. ___ POLICY PERIOD
D. ___ CITY & STATE

E. ___ GARAGING       ☐ CAR 1   ☐ CAR 2
F. ___ LOSS PAYEE     ☐ ELIMINATED   ☐ ADDED
G. ___ COVERAGE       ☐ ELIMINATED   ☐ ADDED
H. ___ LIMITS OF LIABILITY   ☐ CAR 1   ☐ CAR 2
I. ___ RATE CLASS     ☐ CAR 1   ☐ CAR 2

| 34.2 COVERAGES | LIMITS OF LIABILITY | | CAR 1 | | | CAR 2 | | |
|---|---|---|---|---|---|---|---|---|
| | | | CLASS 811120.85 SYM. 2,401  TERR. 03 | | | CLASS SYM.   TERR. | | |
| | | | ANNUAL | ADD'L. | RETURN | ANNUAL | ADD'L. | RETURN |
| BODILY INJURY LIABILITY | $ 100 THOUSAND EACH PERSON | | | | | | | |
| | $ 500 THOUSAND EACH OCCURRENCE | | 42. | | 14. | | | |
| PROPERTY DAMAGE LIABILITY | $ 50 THOUSAND EACH OCCURRENCE | | 21. | | 7. | | | |
| MEDICAL PAYMENTS | $ 2,000 EACH PERSON | | 7. | | 2. | | | |
| FAMILY PROTECTION | $ 15,000 EACH PERSON | | | | | | | |
| | $ 30,000 EACH ACCIDENT | | 3. | | WAIVED | | | |
| COMPREHENSIVE (EXCL. COLL.) | ACV less $ NO  Deductible | | 24. | | 8. | | | |
| COLLISION | ACV less $ 50  Deductible | | 29. | | 10. | | | |
| FIRE, LIGHTNING, TRANS. | $ | | | | | | | |
| THEFT | $ | | | | | | | |
| COMB. ADD'L. COVERAGE | $ | | | | | | | |
| TOWING | $25 per disablement | | | | | | | |
| | TOTAL | | 126. | | 41. | | | |

| AUTOMOBILE | | YEAR OF MODEL | TRADE NAME-BODY TYPE | SERIAL NO. | DATE PUR. | N/U | NET TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|
| ADDITION | CAR 1 | | | | | | |
| | CAR 2 | | | | | | |
| ELIMINATION | CAR 1 | | | | | | |
| | CAR 2 | 1971 | CHEV. 3/4T PU | CE241J610527 | | | |

REMARKS:  DELETING 1971 CHEV. (VC #2)
ADD'L INS. #8

( ) CASH TO INSTALLMENTS
$_____ SERVICE CHARGE
INITIAL PAY. _____ $ _____
DUE _____ $ _____
DUE _____ $ _____
DUE _____ $ _____
DUE _____ $ _____
DUE _____ $ _____
TOTAL PREMIUM $ .

AMENDMENT OF INSTALLMENTS
$_____ ( ) ADD'L.   ( ) RETURN PREMIUM
PREV. INST.        CHANGE        REVISED INST.
DUE HEREWITH
DUE _____ $ _____ $ _____ $ _____
DUE _____ $ _____ $ _____ $ _____
DUE _____ $ _____ $ _____ $ _____
DUE _____ $ _____ $ _____ $ _____
TOTAL   XXXXXXXX   $ _____   XXXXXXXX

CM/cn 8-5-71      ENDT. #90
FM 114.O. 186 5PT REV. 1/70

Donald J. Rupp
AUTHORIZED REPRESENTATIVE

**BOP 944**

# MULTI PURPOSE AUTO ENDORSEMENT



☐ UNITED STATES FIRE INSURANCE COMPANY
☐ THE NORTH RIVER INSURANCE COMPANY
☐ WESTCHESTER FIRE INSURANCE COMPANY
☐ INTERNATIONAL INSURANCE COMPANY

POLICY NUMBER- CA 50 60 25
EFFECTIVE DATE: FROM 6-30-71
TO 11-2-71

| INSURED | AGENT |
|---|---|
| NAME THE DIOCESE OF PUEBLO AND THE | NAME LOTT AGENCY, INC. |
| ADDRESS BISHOP OF PUEBLO, A CORP. SOLE | ADDRESS P.O. BOX 98 |
| CITY & STATE 1426 GRAND AVE., PUEBLO, COLO. | CITY & STATE GREELEY, COLORADO 80631 |

IT IS AGREED THAT THE POLICY IS AMENDED AS INDICATED BELOW:

A. ___ NAMED INSURED
B. ___ STREET ADDRESS
C. ___ POLICY PERIOD
D. ___ CITY & STATE

E. ___ GARAGING      ☐ CAR 1   ☐ CAR 2
F. ___ LOSS PAYEE    ELIMINATED   ADDED
G. ___ COVERAGE      ELIMINATED   ADDED
H. ___ LIMITS OF LIABILITY   ☐ CAR 1   ☐ CAR 2
I. ___ RATE CLASS    ☐ CAR 1   ☐ CAR 2

CAR 1
CLASS 811120.85
SYM. 2.401   TERR. 03

CAR 2
CLASS
SYM.   TERR.

| 34.2 COVERAGES | LIMITS OF LIABILITY | CAR 1 ANNUAL | ADD'L. | RETURN | CAR 2 ANNUAL | ADD'L. | RETURN |
|---|---|---|---|---|---|---|---|
| BODILY INJURY LIABILITY | $100 THOUSAND EACH PERSON | 42. | | 14. | | | |
| | $500 THOUSAND EACH OCCURRENCE | 21. | | 7. | | | |
| PROPERTY DAMAGE LIABILITY | $50 THOUSAND EACH OCCURRENCE | 7. | | 2. | | | |
| MEDICAL PAYMENTS | $2,000 EACH PERSON | | | | | | |
| FAMILY PROTECTION | $15,000 EACH PERSON | 3. | | WAIVED | | | |
| | $30,000 EACH ACCIDENT | | | | | | |
| COMPREHENSIVE (EXCL. COLL.) | ACV less $ 50 Deductible | 24. | | 8. | | | |
| COLLISION | ACV less $ 50 Deductible | 29. | | 10. | | | |
| FIRE, LIGHTNING, TRANS. | $ | | | | | | |
| THEFT | $ | | | | | | |
| COMB. ADD'L. COVERAGE | $ | | | | | | |
| TOWING | $25 per disablement | | | | | | |
| | TOTAL | 126. | | 41. | | | |

| AUTOMOBILE | | YEAR OF MODEL | TRADE NAME-BODY TYPE | SERIAL NO. | DATE PUR. | N/U | NET TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|
| ADDITION | CAR 1 | | | | | | |
| | CAR 2 | | | | | | |
| ELIMINATION | CAR 1 | | | | | | |
| | CAR 2 | 1971 | CHEV. 3/4T PU | CE241J610527 | | | |

REMARKS: DELETING 1971 CHEV. (VC #2)
ADD'L INS. #8

| ( ) CASH TO INSTALLMENTS | AMENDMENT OF INSTALLMENTS |
|---|---|
| $_____ SERVICE CHARGE | $_____ ( ) ADD'L. ( ) RETURN PREMIUM |
| | PREV. INST. CHANGE REVISED INST. |
| INITIAL PAY._____ $_____ | DUE HEREWITH $_____ |
| DUE _____ $_____ | DUE _____ $_____ $_____ $_____ |
| DUE _____ $_____ | DUE _____ $_____ $_____ $_____ |
| DUE _____ $_____ | DUE _____ $_____ $_____ $_____ |
| DUE _____ $_____ | DUE _____ $_____ $_____ $_____ |
| DUE _____ $_____ | DUE _____ $_____ $_____ $_____ |
| TOTAL PREMIUM $_____ | TOTAL XXXXXXX $_____ XXXXXXXX |

CM/cn 8-5-71
FM 114.0. 186 SPT REV. 4/70
ENDT. #90

Donald J. Rupp
AUTHORIZED REPRESENTATIVE

BOP 945

## ENDORSEMENT

Additional Premium _____

Return Premium _____

Effective on and after _____ November 2, _____ 19 70 , 12:01 A.M. ____ Standard Time

this endorsement forms part of policy No. CA 50 60 25          Expiration Date November 2, 1971

Issued to THE DIOCESE OF PUEBLO AND THE BISHOP
OF PUEBLO, A CORPORATION SOLE

By _____ The North River Insurance _____ Company

ADDITIONAL INSURED #8:

RONCALLI HIGH SCHOOL AND SOCIETY OF MARY,
PROVINCE OF ST. LOUIS
HIGHWAY 76 WEST, BOX 3A BEULAH STAR ROUTE
PUEBLO, COLORADO

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

FM. O.O. 192 6PT REV. 5/69 PRINTED IN U.S.A.

**BOP 946**



# FLEET SCHEDULE ENDORSEMENT

olicy is hereby made to apply to the items described below

| tem No. | Model Year | Trade Name | Type of Body (Truck Tonnage or Tank Gallonage) | | Serial and Motor Numbers | Cost to Insured Incl. Equipment | Purch. by Ins'd | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Month | Year | New Used |
| 1 | 1969 | Chevy Superior 811120-.85 | 48 Pass. Sch. Bus | S | | 5,000. | | Terr. | 03 |
| | | | | M | 2508 | | | | |
| 2 | 1956 | Chevrolet | ½ Ton Pickup | S | | 18-24 | | | |
| | | | | M | 3A57K107156 | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |
| | | | | S | | | | | |
| | | | | M | | | | | |

The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each coverage shall be as stated in item 3 of the declarations and the limit of the company's liability against each direct damage coverage shall be as stated herein, subject to all the terms of the policy having reference thereto.

| tem No. | Kind of Collision Coverage — Amount Deductible, if any | Limits of Liability — Direct Damage Coverages | PREMIUMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | Property Damage Liability | Automobile Medical Payments | Comprehensive Except by Collision or Upset | Collision or Upset | Fire, Lightning and Transportation | Theft (Broad Form) | Windstorm, Earthquake, Explosion, Hail or Water | Combined Additional Coverage | F. P. |
| 1 | 50. Ded. | 5,000. | 59. | 25. | 19. | 38. | 17. | | | | 1 61 | 3. |
| 2 | * | * | 42. | 21. | 7. | * | * | | | | 7 3 | 3. |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| * Excluded | | TOTALS | 101. | 46. | 26. | 38. | 17. | | | | | 6. |

ubject otherwise to all the terms, limits and conditions of the Policy.

*7 6 ε 23°*

ffective on and after _____ November 2, _____ 19 70 _____ 12:01 A. M. _____ Standard Time

his endorsement forms part of policy No. CA 50 60 25

ued to THE DIOCESE OF PUEBLO AND THE BISHOP OF PUEBLO, A CORPORATION SOLE

y The North River Insurance _____ Company     **BOP 947**

_____
Authorized Representative

FM.114.0.11   REV. 9/61   Endorsement No. _____