## SUPPLEMENTARY AGREEMENT

THIS AGREEMENT, which is supplementary to an Agreement between the DIOCESE OF PUEBLO and THE SOCIETY OF MARY, entered into on the 1st day of July 1968, is made to implement the provisions in Paragraph 2 thereof, in respect to compensation to be paid by the Diocese to the Marianists for the operation of the Roncalli High School of Pueblo, Colorado provided for in said Agreement.

It is hereby further mutually agreed as follows:

1. The Diocese shall pay to the Marianists the sum of One Thousand Eight Hundred Dollars ($1,800.00), during the initial year of operation under this particular contract, that is, during the fiscal year beginning July 1, 1968 for the services of each Marianist assigned to the school for full-time employment therein.

2. In each succeeding fiscal year for the following two years, compensation for the services of each full-time Marianist assigned to the school shall be reviewed and determined by mutual agreement between the Diocese and the Marianists.

3. The Diocese shall pay to the Marianists a sum, the amount which shall be determined by mutual agreement, for the part-time or specialized employment of such Marianists at the school who may from time to time be assigned there.

4. Said compensation shall be payable to "Marianists of Pueblo" and shall be transmitted to the Marianist Principal in ten (10) equal payments beginning on the last day of August during each academic school year.

IN WITNESS WHEREOF, the parties hereto have affixed their respective signatures and seals, in duplicate, this _____ day of _____ 19__.

FOR THE SOCIETY OF MARY:

*[signature]*
Very Rev. James A. Young S.M.
Provincial Superior

SEAL:

FOR THE DIOCESE OF PUEBLO:

*[signature]*
Most Rev. Charles A. Buswell D.D.
Bishop of Pueblo

SEAL:


EXHIBIT E