

## LOTT AGENCY, INC.

HOME LOANS — BONDS
INSURANCE

*Your Protection Our Profession*

Box 98   918 11th Ave.
Greeley, Colo. — 80631

October 24, 1968

General Insurors, Incorporated
4144 Lindell Boulevard
Saint Louis 8, Missouri

RE: Saint Louis Fire and Marine Ins. Co.
    Policy Number: A 32 92 07
    Insured: Society of Mary Province of St. Louis,
    operating as Roncalli High School, Pueblo, Colo.

Gentlemen:

In accordance with the request of Mr. Alex L. Staab, Business Manager for the Diocese of Pueblo, we are returning the above numbered policy to you for cancellation effective October 15, 1968, the date a new package insurance program for the entire Diocese of Pueblo took effect.

In the event you have any questions about this cancellation request, please contact Mr. Staab immediately.

Mr. Staab has also requested, for purposes of audit, that he be provided with your cancellation calculations. In addition, he would like the appropriate return premium refunded within thirty days of receipt of this letter.

Thank you for your cooperation.

Sincerely,

Donald J. Rupp

DJR:jds

cc: Mr. Alex L. Staab, Business Manager, Diocese of Pueblo,
    1426 Grand Avenue, Pueblo, Colorado

Enclosure

EXHIBIT F

NR 0090