

February 8, 2006

Ms. Susan Maccario, Claims Specialist
Crum & Forster Commercial Insurance
305 Madison Avenue
Morristown, NJ  07960

Dear Ms. Maccario,

Paul Willumstad, legal counsel for the Diocese of Pueblo, asked that I provide you with this supplemental information that was recently found at the Diocese of Pueblo relating to the letter he wrote to you dated January 3, 2006, since he has not yet heard from you regarding the defense of the claims for the Diocese of Pueblo that has previously been sent to you.

Please open the attachments, which I will explain to you in detail:

- Attachment One -- Letters on the Lott Agency, Inc., letterhead, the agent for the Diocese of Pueblo, in 1968. One letter dated October 24, 1968, to General Insurers, Inc., agent for the Society of Mary Province of St. Louis aka Marianists Province of the United States, Inc., asks that coverage be cancelled effective October 15, 1968, since coverage would be provided on Roncalli High School under the Diocese of Pueblo package policy. A letter dated May 16, 1969, relates to this same matter. In addition, a change endorsement on Policy CBP43233 dated June 10, 1971, reflects the later deletion of Roncalli High School from the Crum & Forster policy because the school closed at the end of the school year in 1971. It is very clear from this information that Crum & Forster provided coverage from October 15, 1968, through June 10, 1971, for both the Diocese of Pueblo and the Bishop of Pueblo, a Corporation Sole, and for The Society of Mary Province of St. Louis operating as Roncalli High School.

**EXHIBIT G**

NR 0085

| Colorado Springs Office | Pueblo Office | Pueblo West Office | Trinidad Office |
|---|---|---|---|
| 4925 North Union Blvd. | 1414 West 4th Street | 7 East Spaulding Ave. | 417 University Street |
| Colorado Springs, CO 80918-4097 | Pueblo, CO 81003-0316 | Pueblo West, CO 81007 | Trinidad, CO 81082-2553 |
| (719) 593-7016 | (719) 544-2533 | Phone 719-544-2533 | (719) 846-6620 |
| Fax (719) 590-9071 | Fax (719) 544-6425 | Fax 719-647-0488 | Fax (719) 846-3328 |

Page 2

- Attachment Two -- A letter dated June 11, 1969, from Independent Insurers, Inc., requesting a certificate of liability insurance covering Roncalli High School. The auditors for Insurance Company of North America, who would normally charge for the Roncalli exposure under their comprehensive liability form, requested the certificate to prove that coverage for Roncalli and the Society of Mary Province of St. Louis was covered under the Crum & Forster Insurance policy as of October 15, 1968. Included in this attachment is a Crum & Forster Certificate of Insurance to Insurance Company of North America showing liability coverage under Policy No. CBP43233 effective October 15, 1968, through October 15, 1971, with $100,000 each person/$500,000 each accident for bodily injury (please note that there was no aggregate on this policy for bodily injury) and $50,000 each accident/$50,000 aggregate for property damage. Further note, under "Remarks", this Crum & Forster certificate shows that a comprehensive catastrophe policy was also in force for this same period. It is clear that International Insurance Company, part of the Crum & Forster group, was providing coverage for Roncalli for that period and that an umbrella policy was in place.

- Attachment Three -- A letter on Crum & Forster Insurance Company letterhead indicating that they will be doing a boiler inspection on the boilers located at Roncalli High School on June 17, 1969 or June 18, 1969. Please note that the company shown on this letter is International Insurance Company and the policy is CBP.

- Attachment Four -- A letter dated October 19, 1971, on Crum & Forster Insurance Company letterhead signed by Earl R. Campbell, an employee of Crum & Forster, outlines the renewal terms for the period October 15, 1971, through October 15, 1974. This renewal letter outlines all coverage parts with premiums. Please note that the 1971 renewal does have a $500,000 aggregate on bodily injury. Also note that there is a premium for a Commercial Catastrophic Liability policy showing a $5,000,000 limit. The letter dated October 26, 1971, on Crum & Forster Insurance Company letterhead signed by a Crum & Forster employee, Michael Bird, outlines the acceptance of the renewal coverage and clarifies that coverage was being moved from International Insurance Company, one of Crum & Forster's Companies, to North River Insurance Company, another Crum & Forster Insurance Company. Please note that the coverages were renewed exactly from the prior three-year term with the exception that no crime, boiler or workers' compensation coverage were to be provided and the property portion would carry a $2,500 deductible per occurrence. Even though this term is not relevant to the claims submitted to you, due to the operation of Roncalli High School, since the school closed on June 10, 1971, this substantiates the coverage that was in place for the prior three-year term. One claim submitted to you, unrelated to Roncalli High School, may fall into the October 15, 1971, to October 15, 1974, coverage period.

NR 0086

This additional information makes is clear that Crum & Forster did not have coverage on Roncalli High School prior to October 15, 1968, but did have coverage from that date through June 10, 1971. Prior to October 15, 1968, coverage was written for Roncalli High School with Insurance Company of North America.

The letter that Paul Willumstad sent to you dated January 3, 2006, and this additional information prove the existence of CGL coverage during the time at issue. Absent proof of exclusions barring coverage, Crum & Forster has a clear duty to defend the claims previously forwarded to you.

Please promptly confirm to Mr. Willumstad and to me your receipt of his January 3, 2006, letter and the additional information forwarded with this letter. In addition, please promptly confirm Crum & Forster's agreement to defend the claims at issue.

Sincerely,

Ralph A. Williams, CPCU

RAW/sll
Attachments

c: Paul J. Willumstad, Attorney at Law – Diocese of Pueblo
Theresa Farley, Human Resources Director – Diocese of Pueblo
Timothy P. Schimberg, Attorney at Law - Fowler, Schimberg & Flanagan