UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Civil Action No. 1:06-cv-01971-WDM-CBS**

THE NORTH RIVER INSURANCE COMPANY

      Plaintiff,

vs.

BISHOP OF PUEBLO, a corporation sole,
THE MARIANISTS PROVINCE OF THE
UNITED STATES, INC., RONALD L. HOUSTON,
TOM MONROE, DONALD JESIK, JACK KLUN,
J.M., T.A., JOHN DOES 1-20,

      Defendants.

---

### AFFIDAVIT OF ARTHUR WILLIAM "RED" FLANNELLY

---

| STATE OF COLORADO | ) |
|---|---|
| | ) ss. |
| COUNTY OF WELD | ) |

I, ARTHUR WILLIAM "RED" FLANNELLY, being first duly sworn and upon my oath, hereby states as follows:

1. I was employed by the Lott Agency, in Greeley, Colorado for approximately five years, from early 1973 through late 1977 or early 1978.

2. For approximately ten (10) years prior to my employment by the Lott Agency, I was employed as an underwriting manager by Farmers Alliance Companies. During that time period I conducted business with the Lott Agency.

3. During all of those years, I became familiar with the practices for issuance of policies of insurance.

EXHIBIT H

4. Insurance agents employed by the Lott Agency were authorized to issue Certificates of Insurance on behalf of the insurance companies with whom they did business, as was the custom in the industry at that time. These Certificates of Insurance were binding on the insurance company.

5. Donald J. Rupp was an agent of the Lott Agency with whom I worked both before and after my employment by the Lott Agency.

6. Mr. Rupp was among the most careful and technically competent agents with whom I worked.

7. Mr. Rupp was also a chartered property and casualty underwriter (CPCU), a respected and prestigious designation awarded by the American College of Insurance after a course of study and testing.

8. I became familiar with Mr. Rupp's handwriting and signature during the period of my employment.

9. I have reviewed the Certificate of Insurance issued by International Insurance Company on October 15, 1968 (Bates BOP 055), and can identify Donald J. Rupp's handwriting and signature upon the document. The Certificate of Insurance provides comprehensive general liability insurance coverage to the named insureds, the Diocese of Pueblo and/or the Bishop of Pueblo, and to the additional insured, Roncalli High School.

10. I was familiar with the practice of coupling comprehensive catastrophe policies with comprehensive general liability policies which was a common practice in the insurance industry at that time for risks of this size.

11. I have reviewed a letter on Lott Agency letterhead dated October 24, 1968, (Bates BOP 042) and recognize Mr. Rupp's signature thereon.

12. I have also reviewed a letter dated May 16, 1969 (Bates BOP 051-052) and recognize Mr. Rupp's signature thereon.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 7th day of December, 2007.

_____
Arthur William "Red" Flannelly

Subscribed and sworn to before me this 7th day of December, 2007 by Arthur William "Red" Flannelly.

Witness my hand and official seal.

My commission expires:_____  MY COMMISSION EXPIRES: 05-19-2010

_____
Notary Public

{S E A L}



3