

INSURANCE
REAL ESTATE
LOANS

11TH AVENUE • P.O. BOX 98 • GREELEY, COLORADO 80631 • PH. (303) 353-1443

May 16, 1969

Roncalli High

Brother Robert Minges
Treasurer
Society of Mary
Province of Saint Louis
Marianist Provincialate
Marycliff
Glencoe, Missouri 63038

RE: The Diocese of Pueblo, Pueblo, Colorado
   St. Louis Fire and Marine Insurance Company
   Policy Number A 329207
   Insured: Society of Mary
            Province of Saint Louis
            Operating as Roncalli High School

**EXHIBIT J**

Dear Brother Minges:

At the request of Mr. Alex Staab, Business Manager, of the Diocese of Pueblo, I am writing you this letter relative to the cancellation of the above numbered policy.

First of all, I am enclosing a photocopy of the letter dated October 14, directed to General Insurors, Inc., at Mr. Staab's request, enclosing the original policy and requesting that the policy be cancelled as of October 15, 1968, the date the Diocese of Pueblo's package insurance program took effect. Also photocopied is a post office receipt from General Insurors, Inc., indicating the letter and policy were received by them October 15, 1968.

For your information, coverage on Roncalli High School, in the name of Society of Mary, Province of Saint Louis, was included under the package insurance policy of the Diocese of Pueblo, under policy number CBP 43233, Intercontinental Insurance Company, effective October 15, 1968, for a three-year period.

NR 0088


818 11TH AVENUE - P.O. BOX 98 - GREELEY, COLORADO 80631 - PH. (303) 353-1443   REAL ESTATE LOANS

Page 2
May 16, 1969
Roncalli High School

We hope the above and attached will be of assistance to you, but should you need anything further of us, please don't hesitate to contact us.

Sincerely,

Donald J. Rupp

DJR/jds

Encl.

cc: Mr. Alex Staab, Business Manager, Diocese of Pueblo, Pueblo, Colorado.

NR 0089



 918 11TH AVENUE · P.O. BOX 98 · GREELEY, COLORADO 80631 · PH. (303) 353-1443

INSURANCE
REAL ESTATE
LOANS

May 16, 1969

Brother Robert Minges
Treasurer
Society of Mary
Province of Saint Louis
Marianist Provincialate
Marycliff
Glencoe, Missouri 63038

*Roncalli High*

RE:  The Diocese of Pueblo, Pueblo, Colorado
     St. Louis Fire and Marine Insurance Company
     Policy Number A 329207
     Insured: Society of Mary
              Province of Saint Louis
              Operating as Roncalli High School

Dear Brother Minges:

At the request of Mr. Alex Staab, Business Manager, of the Diocese of Pueblo, I am writing you this letter relative to the cancellation of the above numbered policy.

First of all, I am enclosing a photocopy of the letter dated October 24, directed to General Insurors, Inc., at Mr. Staab's request, enclosing the original policy and requesting that the policy be cancelled as of October 15, 1968, the date the Diocese of Pueblo's package insurance program took effect. Also photocopied is a post office receipt from General Insurors, Inc., indicating the letter and policy were received by them October 25, 1968.

For your information, coverage on Roncalli High School, in the name of Society of Mary, Province of Saint Louis, was included under the master insurance policy of the Diocese of Pueblo, under policy number CBP 43233, International Insurance Company, effective October 15, 1968, for a three-year period.



 918 11TH AVENUE - P.O. BOX 98 - GREELEY, COLORADO 80631 - PH. (303) 353-1443 | INSURANCE
REAL ESTATE
LOANS

                                    Page 2
                                    May 16, 1969
                                    Roncalli High School

We hope the above and attached will be of assistance to
you, but should you need anything further of us, please
don't hesitate to contact us.

                                    Sincerely,

                                    Don J. Rupp
                                    Donald J. Rupp

DJR/jds

Encl.

cc:  Mr. Alex Staab, Business Manager, Diocese of Pueblo,
     Pueblo, Colorado.

COPY