**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 06 CV 01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY, and
UNITED STATES FIRE INSURANCE COMPANY,

    Plaintiffs,

v.

BISHOP OF PUEBLO, a corporation sole,
THE MARIANISTS PROVINCE OF THE
      UNITED STATES, INC.,
TOM MONROE,
DONALD JESIK,
JACK KLUN,
J.M.,
T.A.,
JOHN DOE -- JOHN DOE 20,

    Defendants.

---

## NOTICE OF SETTLEMENT

Plaintiffs, The North River Insurance Company and United States Fire Insurance Company, through its undersigned counsel, Merlo Kanofsky Brinkmeier & Gregg Ltd.; Bishop of Pueblo, a corporation sole, through its undersigned counsel Rothgerber, Johnson & Lyons, LLP; The Marianists Province of The United States, Inc., through its undersigned counsel, Grimshaw & Harring, P.C.; and individually named defendants, through their undersigned counsel Herman & Mermelstein, P.A. and Alan G. Molk hereby advise the court that all parties to this matter have reached a settlement. The parties are currently drafting the settlement documents. The parties anticipate they will move the court to dismiss all claims and counterclaims in this action within 60 days.

Respectfully submitted on this 2nd day of September 2008.

APPROVED:

| | |
|---|---|
| /s Rachel H. Krayer | /s Brian J. Spano |
| Rachel H. Krayer | Brian J. Spano |
| Michael R. Gregg | Jaclyn Casey |
| Merlo Kanofsky Brinkmeier & Gregg Ltd. | Rothgerber, Johnson & Lyons, LLP-Denver |
| 208 S. LaSalle Street, Suite 950 | United States District Court Box 11 |
| Chicago, Illinois 60604 | 1200 Seventeenth Street |
| (312) 683-7189 phone | One Tabor Center, #3000 |
| (312) 553-1586 fax | Denver, CO 80202-5855 |
| Attorneys for Plaintiffs The North River Insurance Company and United States Fire Insurance Company | Attorneys for the Bishop of Pueblo |
| /s William J. Brady | /s Adam Horowitz |
| William J. Brady | Adam Horowitz |
| Grimshaw & Harring, P.C. | Jeffrey M. Herman |
| 1700 Lincoln Street, Suite 3800 | Herman & Mermelstein, P.A. |
| Denver, CO 80203 | 18205 Biscayne Boulevard, Suite 2218 |
| Attorney for The Marianists Province of The United States, Inc. | Miami, FL 33160 |
| | Attorneys for Individually Named Defendants |

--and--

Alan G. Molk
6400 S. Fiddler s Green Circle
Suite 1920
Englewood, CO 80111
Attorneys for Individually Named Defendants