# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 06 CV 01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY, and
UNITED STATES FIRE INSURANCE COMPANY,

     Plaintiffs,

v.

BISHOP OF PUEBLO, a corporation sole,
THE MARIANISTS PROVINCE OF THE
     UNITED STATES, INC.,
TOM MONROE,
DONALD JESIK,
JACK KLUN,
J.M.,
T.A.,
JOHN DOE -- JOHN DOE 20,

     Defendants.

---

## JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS
## WITH PREJUDICE

---

Plaintiffs, The North River Insurance Company and United States Fire Insurance Company, through its undersigned counsel, Merlo Kanofsky Brinkmeier & Gregg Ltd.; Bishop of Pueblo, a corporation sole, through its undersigned counsel Rothgerber, Johnson & Lyons, LLP; and The Marianists Province of The United States, Inc., through its undersigned counsel, Grimshaw & Harring, P.C.; jointly move the Court for an order, pursuant to Civ. R. 41(a)(2), dismissing with prejudice The North River Insurance Company and United States Fire Insurance Company's Third Amended Complaint for Declaratory Judgment, in its entirety, and Defendant Marianists Province of

The United States' Counterclaim, in its entirety. These claims have been resolved. The parties agree that each party shall bear their own costs.

## CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned certifies it conferred with counsel for the individual defendants who have entered their appearance in this matter, Adam Horowitz of the firm Herman & Mermelstein, P.A., and he does not oppose the relief requested.

Respectfully submitted on this 31th day of October 2008.

MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

 s/ Rachel H. Krayer
Attorneys for Plaintiff

Rachel H. Krayer
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
(312) 553-5500

APPROVED:

 s/ Brian J. Spano
Brian J. Spano
Jaclyn Casey
Rothgerber, Johnson & Lyons, LLP-Denver
United States District Court Box 11
1200 Seventeenth Street
One Tabor Center, #3000
Denver, CO 80202-5855
Attorneys for the Bishop of Pueblo

 s/ William J. Brady
William J. Brady
Grimshaw & Harring, P.C.
1700 Lincoln Street, Suite 3800
Denver, CO 80203
Attorney for The Marianists Province of The United States, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of October, 2008, a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**, was served on the following parties by CM/ECF   USDC:

**Brian J. Spano**
**Jaclyn Casey**
Rothgerber, Johnson & Lyons, LLP-Denver
United States District Court Box 11
1200 Seventeenth Street
One Tabor Center, #3000
Denver, CO 80202-5855

**William J. Brady**
Grimshaw & Harring, P.C.
1700 Lincoln St., Suite 3800
Denver, CO 80219

**Jeffrey M. Herman**
**Adam Horowitz**
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard
#2218
Miami, FL 33160

**Alan G. Molk**
6400 S. Fiddler's Green Circle
Suite 1920
Englewood, CO 80111

MERLO KANOFSKY BRINKMEIER & GREGG LTD.


 s/ Rachel H. Krayer
Attorneys for Plaintiff