IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-01971-WDM-CBS

THE NORTH RIVER INSURANCE COMPANY AND
UNITED STATES FIRE INSURANCE COMPANY,

    Plaintiffs,

v.

BISHOP OF PUEBLO, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Joint Motion to Dismiss All Claims and Counterclaims With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the amended complaint and counterclaim are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, November 4, 2008

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge